# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:12-CV-153-RJC-DCK

| | |
|---|---|
| BANK OF AMERICA, N.A., )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>ST. PAUL MEDICAL LIABILITY )<br>INSURANCE COMPANY and )<br>TRAVELERS MEDICAL LIABILITY )<br>INSURANCE COMPANY, )<br>)<br>**Defendants.** )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay Proceedings" (Document No. 20) filed October 8, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion, with modification.

The Court notes that it has on four occasions granted consent motions to extend the Defendants' time to answer. While the undersigned appreciates the efforts of counsel to resolve, or at least narrow, this complex dispute, the litigation must proceed at some point. Further extensions of Defendants' time to answer beyond this stay are very unlikely.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay Proceedings" (Document No. 20) is GRANTED.

**IT IS FURTHER ORDERED** that all proceedings in this matter, including Defendants' answer, are stayed until **December 7, 2012**.

**IT IS FURTHER ORDERED** that the parties shall file a status report, jointly if possible, on or before **December 7, 2012**.

Signed: October 9, 2012

David C. Keesler
United States Magistrate Judge

2