IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-153-RJC-DCK

| | | |
|---|---|---|
| BANK OF AMERICA, NA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ST. PAUL MEDICAL LIABILITY INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 26) filed by Adrianne Huffman Chillemi on December 7, 2012, concerning Robert L. Ciociola. Mr. Ciociola seeks to appear as counsel *pro hac vice* for Defendant St. Paul Medical Liability Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 26) is **GRANTED**. Mr. Ciociola is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendant St. Paul Medical Liability Insurance Company.

Signed: December 10, 2012

David C. Keesler
United States Magistrate Judge