IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO. 3:12-CV-00153-RJC-DSC

BANK OF AMERICA, N.A.

    *Plaintiff*,

vs.

ST. PAUL MEDICAL LIABILITY
INSURANCE COMPANY and
TRAVELERS MEDICAL LIABILITY
INSURANCE COMPANY,

    *Defendants*.

**THIS MATTER** is before the Court on the parties' "Joint Consent Motion to Amend Case Management Plan" (document #31) filed May 23, 2013. After conferring with the chambers of the Honorable Robert J. Conrad, Jr., the Motion is **GRANTED**, as follows:

1. The deadline to complete fact discovery is extended to September 30, 2013;

2. The deadline for Plaintiff's expert reports is extended to October 1, 2013;

3. The deadline for Defendants' expert reports is extended to October 15, 2013;

4. The deadline to complete expert discovery is extended to November 1, 2013;

5. The deadline to complete mediation is extended to November 1, 2013;

6. The deadline for dispositive motions is extended to November 15, 2013; and

7. The trial date is extended to the March 2014 civil trial term.

**SO ORDERED**.

Signed: May 23, 2013

David S. Cayer
United States Magistrate Judge