# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| **BANK OF AMERICA, N.A.,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**ST. PAUL MEDICAL LIABILITY INSURANCE COMPANY, et. al.,**<br><br>**Defendants.** | Case No.: 3:12-cv-00153-RJC-DSC<br><br>**ORDER** |

**IT IS HEREBY ORDERED**, upon consent of the parties and for good cause shown, that Plaintiff's Motion to Seal (document #35) is **GRANTED**.

**SO ORDERED**.

Signed: February 11, 2014

David S. Cayer
United States Magistrate Judge